**Order filed, January 7, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00749-CV

————————

**JANELL SUE MARIN, Appellant**

**V.**

**JOEL JOSEPH MARIN, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 56502**

## ORDER

The reporter's record in this case was due December 2, 2013. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Lorraine Brazil, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM